No. 1506.   BOSTON & PROVIDENCE RAILROAD DEVELOPMENT GROUP *v.* BARTLETT, TRUSTEE, ET AL.   C. A. 1st Cir. Motion to defer consideration of this petition denied. Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.

No. 1561.   CONTINENTAL/MOSS-GORDIN ET AL. *v.* B–M–G INVESTMENT CO. ET AL.   C. A. 5th Cir.   Motion of respondents for damages for delay denied.   Certiorari denied.

No. 5849.   PINO *v.* UNITED STATES.   C. A. 2d Cir. Motion for leave to file supplemental petition granted. Certiorari denied.

No. 6519.   BRADY *v.* OHIO.   Sup. Ct. Ohio.   Motion for leave to amend petition granted.   Certiorari denied.

No. 6529.   MARET *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 6784.   BARNEY *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 6799.   GRIMES ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE STEWART is of the opinion that certiorari should be granted.

No. 169.   RADICH *v.* NEW YORK, 401 U. S. 531.   Petition for rehearing denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.